**FILED**

March 25, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____ NM

DEPUTY

LEVI URIEL HERNANDEZ
RAMIREZ,

        Petitioner,

v.

BOBBY THOMPSON, Warden of
South Texas Immigration Processing
Center, *et al.,*

        Respondents.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

NO. SA-26-CV-01204-OLG

## DISMISSAL ORDER

Before the Court is the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C.
§ 2241 by Petitioner Levi Uriel Hernandez Ramirez (Dkt. No. 1) on February 24, 2026. In their
response, Respondents advised that Petitioner's removal order became administratively final on
February 26, 2026, when the Board of Immigration Appeals dismissed his appeal of that order.
(Dkt. No. 7 at 1.)

Once an order of removal becomes administratively final, the Government has 90 days to
physically remove the alien from the United States, during which time detention is mandatory.
*See* 8 U.S.C. § 1231; *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021). Petitioner's detention
is therefore statutorily-mandated under 8 U.S.C. § 1231(a) until May 27, 2026—90 days from the
date that his order of removal became administratively final.

Accordingly, the instant challenge to Petitioner's pre-removal-order custody is moot, and
his Petition (Dkt. No. 1) is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on March _____, 2026.

ORLANDO L. GARCIA
United States District Judge